UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DEBI LITTLE,

        Plaintiff,

vs.

CASE NO.: 1:13-CV-3962-RWS

J & S INTERNATIONAL FOOD, INC., A GEORGIA CORPORATION,

        Defendant.

_____/

## DEFAULT JUDGMENT IN A CIVIL CASE

**IT IS ORDERED AND ADJUDGED** that default judgment for the principal amount of $3,514.24 plus attorneys' costs in the amount of $530.00 for a total of $4,044.24 is awarded in favor of Plaintiff, Debi Little and against Defendant, J&S INTERNATIONAL FOOD INC., plus interest as allowed by law from and after the date below, for which sum let execution issue.

Dated this 6th day of March, 2014.

JUDGE RICHARD W. STORY
United States District Court Judge